FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 12 2021

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>TIFFANY L. ROBINSON,<br><br>            Defendant. | )<br>)<br>)  CRIMINAL NO. 21-668 JB<br>)<br>)  Count 1: 21 U.S.C. §§ 841(a)(1) and<br>)  (b)(1)(A):  Possession with Intent to<br>)  Distribute 50 Grams and More of<br>)  Methamphetamine;<br>)<br>)  Count 2: 18 U.S.C. §§ 922(g)(1) and 924:<br>)  Felon in Possession of a Firearm. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about July 23, 2019, in San Juan County, in the District of New Mexico, the defendant, **TIFFANY L. ROBINSON**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved 50 grams and more of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

Count 2

On or about July 23, 2019, in San Juan County, in the District of New Mexico, the defendant, **TIFFANY L. ROBINSON**, knowing that she had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically distribution of less than 50 grams of a mixture and substance containing a detectable amount of methamphetamine (two counts), knowingly possessed a firearm in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

## FORFEITURE ALLEGATIONS

Upon conviction of any offense in violation of 21 U.S.C. § 841, the defendant, **TIFFANY L. ROBINSON**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s). The property to be forfeited includes, but is not limited to, one M1Carbine rifle, serial number 195089.

Upon conviction of any offense in violation of 18 U.S.C. § 922(g), the defendant, **TIFFANY L. ROBINSON**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense(s), including, but not limited to, one M1Carbine rifle, serial number 195089.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

2