# UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

FILED
United States District Court
Albuquerque, New Mexico
Mitchell R. Elfers
Clerk of Court

United States of America

v.

**TIFFANY L. ROBINSON**
*Defendant*

Case No. 21CR668 JB

## WAIVER OF PERSONAL PRESENCE AT HEARING

I, __Tiffany L. Robinson__, Defendant, understand that I am scheduled for a __n initial__ hearing on __06-11-2021__.
*nature of hearing*         *date*

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: 6/11/21

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

**MELISSA A. MORRIS, AFPD**
*Printed name of defendant's attorney*

melissa_morris@fd.org
*Defendant's attorney's e-mail address*