# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**UNITEDS STATES OF AMERICA,**

      **Plaintiff,**

vs.                                     **No. 21-CR-0668-JB**

**TIFFANY ROBINSON,**

      **Defendant.**

## ENTRY OF APPEARANCE

      Joe M. Romero, Jr., Attorney at Law, hereby enters his appearance on behalf of the

Defendant, Tiffany Robinson.

                                 Respectfully Submitted,

                                 Joe M. Romero, Jr.
                                 Romero & Winder, PC
                                 Attorney for Defendant
                                 P.O. Box 25543
                                 Albuquerque, NM  87125-5543
                                 (505) 843-9776
                                 (505) 212-0273 (Facsimile)
                                 joe@romeroandwinder.com

      I HEREBY CERTIFY that on July 27, 2021, I filed the foregoing electronically through the CM/ECF system, which caused counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ *Joe M. Romero, Jr.*
JOE M. ROMERO, JR.
Attorney for Defendant