IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR No. 21-CR-0668 JB |
| | ) | |
| vs. | ) | |
| | ) | |
| TIFFANY ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' UNOPPOSED MOTION TO DISMISS**

Pursuant to Rule 48, the United States hereby moves the Court to dismiss the indictment in this matter without prejudice against defendant Tiffany Robinson. In support of this motion, the United States provides that, on May 12, 2021, an arrest warrant was issued on federal indictment charging the defendant with a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), that being Possession with Intent to Distribute 50 Grams and More of a Methamphetamine. The defendant was arrested on that warrant on June 10, 2021. The United States has determined that this matter should be dismissed without prejudice in the interest of justice.

Wherefore, the United States respectfully requests that the Court dismiss the indictment in this matter without prejudice against defendant Tiffany Robinson.

Respectfully submitted,

FRED J. FEDERICI
United States Attorney

*Electronically Filed on 2/2/2022*

SHANA B. LONG
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM
87103 (505) 346-7274

I HEREBY CERTIFY this 2nd day of
February, 2022 that a copy of this
document was filed electronically through
the Court's CM/ECF system, which is
designed to serve copies of
this document to counsel of record.

*Electronically Filed on 2/2/2022*
Shana B. Long
Assistant United States Attorney